# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Council on American-Islamic Relations-Chicago, ) <br> ) <br> Plaintiff, ) <br> ) Case No. 18-cv-03097 <br> v. ) <br> ) Honorable Robert W. Gettleman <br> United States Citizenship & Immigration ) <br> Services, et al., ) <br> ) <br> Defendant. ) <br> ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed upon by Plaintiff Council on American−Islamic Relations−Chicago and Defendants United States Citizenship & Immigration Services and United States Department of Homeland Security that this action be dismissed with each party to bear its own respective costs and attorneys' fees.

Dated: June 28, 2019

                                                                          Respectfully Submitted,

                                                                          /s/ Chirag G. Badlani

                                                                          Kalman D. Resnick
                                                                          Caryn C. Lederer
                                                                          Chirag G. Badlani
                                                                          Hughes Socol Piers Resnick & Dym, Ltd.
                                                                          70 W. Madison Street, Suite 4000
                                                                          Chicago, IL 60602
                                                                          (312) 604-2776
                                                                          cbadlani@hsplegal.com

                                                                          Phillip J. Robertson

CAIR-Chicago
17 N. State St.
Suite 1500
Chicago, IL 60602
312-212-1520
pRobertson@cair.com

*Attorneys for Plaintiffs*


/s/ Alex Harms Hartzler

Alex Harms Hartzler
United States Attorney's Office
219 South Dearborn Street
Chicago, IL 60604
(312) 886-1390
Alex.Hartzler@usdoj.gov

*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

    I certify that the foregoing document, STIPULATION OF DISMISSAL, will be served through the CM/ECF system to counsel of record on June 28, 2019.

/s/ Chirag G. Badlani